# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 23-00900-CV-W-BP |
| | ) |
| JERRY D. DANFORTH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER AND JUDGMENT FOR DISTRIBUTION OF FUNDS

The Amended Joint Motion for Judgment and Disbursement of Funds, (Doc. 68), is **GRANTED**. Pursuant to 28 U.S.C. § 2042 and the parties' agreement,[1] the interpleaded funds shall be distributed as follows:

| | |
|---|---|
| Jerry Danforth[2] | $364,500.00 |
| Chrissy Danforth[3] | $364,500.00 |
| Alexander Schweinfurth, Samantha Schweinfurth, Vivian Nagle[4] | $729,000.00 |

---

[1] One Defendant, Jasmine Mitchell, is not a party to the agreement and is not due to receive any funds pursuant to it. Mitchell was served but never answered or otherwise responded to the Compliant. In July 2024, the Court directed her to show cause why default should not be entered. (Doc. 55). She requested more time to respond, (Doc. 56), and this request was granted, (Doc. 58); however, she never responded and in late August 2024, the Court found she was in default. (Doc. 59.) The parties then filed a Joint Motion for Disbursement of Funds, and then an Amended Joint Motion for Disbursement of Funds, both of which were served on Mitchell. Mitchell did not respond to these Motions and the time for doing so has passed. Accordingly, with this Order, the Court enters judgment against her, holding that she is not entitled to any of the interpleaded funds.

[2] For Jerry Danforth's distribution, a check in the amount of $364,500.00 plus his share of accrued interest should be made payable to "Jerry Danforth and Meyerkord, Russell & Hergott" and sent by regular mail to Matt Meyerkord, Meyerkord, Russell & Hergott, 105 East 5th Street, Suite 301, Kansas City, MO 64106.

[3] For Chrissy Danforth's distribution, a check in the amount of $364,500.00 plus her share of accrued interest should be made payable to "Chrissy Danforth and Meyerkord, Russell & Hergott" and sent by regular mail to Matt Meyerkord, Meyerkord, Russell & Hergott, 105 East 5th Street, Suite 301, Kansas City, MO 64106.

[4] The division of the funds among these parties to be determined between the three family members. A check in the amount of $729,000.00 plus their share of accrued interest should be made payable to "Robb & Robb LLC Trust Account" and sent by regular mail to Robb & Robb, 1200 Main Street, Ste. 3900, Kansas City, Missouri 64105.

| | |
|---|---|
| Aaron Johnson[5] | $315,250.00 |
| Tyliece Johnson[6] | $169,750.00 |
| Jennifer Epperson[7] | $25,000.00 |
| Michael Epperson[8] | $25,000.00 |
| The City of Kansas City, Missouri[9] | $7,000.00 |
| TOTAL | $2,000,000.00 |

Any interest from the interpleaded funds should be distributed as follows, with the interest added to the respective distribution checks as shown in the footnotes:

| | |
|---|---|
| Jerry Danforth | 18.23% |
| Chrissy Danforth | 18.22% |
| Alexander Schweinfurth, Samantha Schweinfurth, Vivian Nagle | 36.45% |
| Aaron Johnson | 15% |
| Tyliece Johnson | 9.25% |
| Jennifer Epperson | 1.25% |

---

[5] For Aaron Johnson's distribution, a check in the amount of $315,250.00 plus his share of accrued interest should be made payable to "Aaron Johnson and Brad Bradshaw, M.D., J.D., L.C." and sent by regular mail to Jenna Homeyer, 1736 E. Sunshine, Suite 600, Springfield Missouri, 65804.

[6] For Tyliece Johnson's distribution, a check in the amount of $169,750.00 plus her share of accrued interest should be made payable to "Tyliece Johnson and Brad Bradshaw, M.D., J.D., L.C." and sent by regular mail to Jenna Homeyer, 1736 E. Sunshine, Suite 600, Springfield Missouri, 65804.

[7] For Jennifer Epperson's distribution, a check in the amount of $25,000.00 plus her share of accrued interest should be made payable to "Rose Law and Jennifer Epperson" and sent by regular mail to Jared Rose, 919 West 47th Street, Kansas City MO 64112.

[8] For Michael Epperson's distribution, a check in the amount of $25,000.00 plus his share of accrued interest should be made payable to "Rose Law and Micheal Epperson" and sent by regular mail to Jared Rose, 919 West 47th Street, Kansas City MO 64112.

[9] For The City of Kansas City, Missouri's distribution, a check in the amount of $7,000.00 plus its share of accrued interest should be made payable to "City Treasurer/City of Kansas City, Missouri" and mailed to Koree Loya, City Hall, 23rd Floor, Suite 2300, 414 E. 12th Street, Kansas City, Missouri 64106.

| | |
|---|---|
| Michael Epperson | 1.25% |
| City of Kansas City, Missouri | 0.35% |
| TOTAL | 100% |

**IT IS SO ORDERED.**

DATE: October 25, 2024

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT